*Retirement v. Murgia,* 427 U.S. 307, 96 S.Ct. 2562, 49 L.Ed.2d 520 (1976). The potential injury to Helm is only economic.... "Scrutiniz[ing] numerous personnel decisions by many individuals as they relate to appellant's claim that he was improperly denied promotion" would significantly interfere with military functions. *Gonzalez v. Dept. of Army,* 718 F.2d 926, 930 (9th Cir.1983). Finally, an inquiry into promotion decisions "would involve the court in a very sensitive area of military expertise and discretion." *Id. Helm,* 722 F.2d at 510. We agree with this reasoning. *See also Turner v. Egan,* 358 F.Supp. 560 (D.Alaska 1973).

The judgment of the United States District Court for the Western District of Oklahoma is AFFIRMED.

case. Although states have dealt in different ways with the issue of what a party with a secured interest in livestock must do to retain that secured interest after the sale of the livestock, the federal government has now enacted legislation that will control the issues beginning December 23, 1986. *See* 7 U.S.C.A. § 1631. Considering the present law in Colorado for the cases still percolating through the system, the court concludes that the trial court's order filed December 17, 1984, correctly weighs the facts and the law and adequately deals with the prior precedents, 598 F.Supp. 1562, and the judgment is accordingly

AFFIRMED.

MOFFAT COUNTY STATE BANK, Plaintiffs–Appellants,

v.

PRODUCERS LIVESTOCK MARKET-ING ASSOCIATION, Defendant–Appellee.

No. 85–1065.

United States Court of Appeals, Tenth Circuit.

Dec. 1, 1987.

Frederick J. Baumann, Denver, Colo. (Rothgerber, Appel, Powers & Johnson, Denver, Colo., were also on brief), for plaintiffs-appellants.

David A. Packard, Boulder, Colo. (Hutchinson, Black, Hill & Cook, Boulder, Colo., were also on brief), for defendant-appellee.

Before HOLLOWAY, Chief Judge, McKAY and LOGAN, Circuit Judges.

PER CURIAM.

This court has reviewed and considered the briefs and the oral argument in this

James P. JOHNSON, as Equity Receiver to Collect Assets, on behalf of the Claimants of Chilcott Commodities Corporation, Chilcott Portfolio Management, Inc., Thomas D. Chilcott, d/b/a Chilcott Futures Fund, Thomas D. Chilcott, and Chilcott Futures Fund, Plaintiff–Appellant,

v.

Don R. HENDRICKS and Betty M. Hendricks; Gary K. Hilgers and Dona M. Hilgers; Richard R. and Delores Grenfell; Vesta E. Dilts; Chester D. Huffmire and Shirley J. Huffmire; John T. and Annis L. Doto; Charles V. Roth, Jr.; Malvin M. Krinsky and Florence Krinsky; Lawrence W. Sadil and Virginia R. Sadil; Elizabeth A. Demaree, M.E. Demaree and D.C. Demaree; Rosemarie E. Sprague; Joseph Studholme and Renebelle B. Studholme; and Charles H. Pope, Defendants–Appellees.

Nos. 85–2708 to 85–2720.

United States Court of Appeals, Tenth Circuit.

Dec. 3, 1987.